```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION


Charles James Manley,            :

        Plaintiff,               :Case No. 2:15-cv-1786

     v.                          :CHIEF JUDGE EDMUND A. SARGUS, JR.
                                  Magistrate Judge Kemp
Foundations Plus, LTD., et al.,:

        Defendants.              :
```

ORDER

Plaintiff Charles James Manley has filed a motion for a stay of this case for 90 days due to medical issues.  In response, Defendants note that the motion for stay is not supported by any evidence, but do no object to a stay so long as the Court rules on the pending motions which have been briefed.  The Court agrees that any stay will not affect the Court's ability to dispose of pending motions, but with that exception, it grants the motion (Doc. 70).  This case is stayed for all matters other than rulings on pending motions until April 15, 2016.  Should Mr. Manley desire a stay beyond that point, he will need to support any motion with affidavits or other evidentiary materials justifying a further stay.

Procedure on Objections

Any party may, within fourteen days after this Order is filed, file and serve on the opposing party a motion for reconsideration by a District Judge.  28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P.; Eastern Division Order No. 14-01, pt. IV(C)(3)(a).  The motion must specifically designate the order or part in question and the basis for any objection. Responses to objections are due fourteen days after objections are filed and replies by the objecting party are due seven days

thereafter.  The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

This order is in full force and effect even if a motion for reconsideration has been filed unless it is stayed by either the Magistrate Judge or District Judge.  S.D. Ohio L.R. 72.3.

/s/ Terence P. Kemp
United States Magistrate Judge