UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLES JAMES MANLEY,

    Plaintiff,

v.

FOUNDATIONS PLUS, LTD., *et. al*,

    Defendants

Case No. 2:15-cv-1786
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Terence P. Kemp

LIGHTNING ROD MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

FOUNDATIONS PLUS, LTD., *et. al*,

    Defendants.

Case No. 2:15-cv-2978
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Terence P. Kemp

## OPINION AND ORDER

Judgment having been entered in these related cases, the following motions are **DENIED as MOOT**.

Case No. 2:15-cv-1786, *Manley v. Foundations Plus, LLC, et al.*:

    (ECF No. 17) Motion for Summary Judgment

    (ECF No. 44) Motion to Stay Discovery and Reset Case Scheduling Dates

    (ECF No. 45) Motion to Stay and Reset Case Schedule

    (ECF No. 48) Motion for an Immediate Injunction

    (ECF No. 55) Motion for Partial Summary Judgment

    (ECF No. 67) Motion for Sanctions

Case No. 2:15-cv-2978, *Lightning Rod Mutual Insurance Company v. Foundations Plus, et al.*:

    (ECF No. 3) Motion for Summary Judgment

    (ECF No. 4) Motion to Dismiss

    (ECF No. 19) Motion for Sanctions

    (ECF No. 21) Motion to Strike

The Clerk is directed to remove all motions in the above-captioned cases from the Court's current pending motions list.

**IT IS SO ORDERED.**

9-26-2016
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**